UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Larry Franklin Dean,

        Plaintiff,

vs.                                  ORDER ADOPTING
                                      REPORT AND RECOMMENDATION

Minnesota Department of
Human Services, et al.,

        Defendant.                    Civil No. 16-478 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

    1.    Defendants' Motion to Dismiss, [Docket No. 12], is **GRANTED.**

    2.    Plaintiff's state-law claims against Defendants are **DISMISSED without prejudice**.

    3.    Plaintiff's § 1983 claims for injunctive remedies against Defendants are **DISMISSED without prejudice**

    4.    Plaintiff's § 1983 claims for monetary and punitive damages against Defendants are **DISMISSED with prejudice**.

    5.    Judgment is entered accordingly.

DATED: 11/16/16                                s/Patrick J. Schiltz
At Minneapolis, Minnesota                Patrick J. Schiltz, Judge
                                                  United States District Court